UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

Henry Losch a.k.a. John Losch,   Case No. 2:18cv809-FtM-PAM-MRM

Plaintiff,

v.   **ORDER**

Nationstar Mortgage LLC, Experian
Information Solutions, Inc.,

Defendants.
_____

This matter is before the Court on the parties' Motions for Leave to File Excess Pages. (Docket Nos. 100, 103.) Although the Court will allow the filings in this instance, in the future the parties should contact the Court before filing motions that exceed the page limit.

Accordingly, **IT IS HEREBY ORDERED that** the Motions to File Excess Pages (Docket Nos. 100, 103) are **GRANTED**.

Dated: December 27, 2019

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge