UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HENRY LOSCH,

       Plaintiff,

v.                                             Case No.:   2:18-cv-809-FtM-PAM-MRM

EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendant.
_____/

**Motion Hearing**

| Presiding Judge: | United States District Paul A. Magnuson |
|---|---|
| Counsel for Plaintiff(s): | Susan Rotkis <br> Aaron M. Swift |
| Counsel for Defendant(s): | Chris Hall <br> Adam W. Wiers |
|  |  |
| Date and Time: | February 6, 2020 |
| Deputy Clerk: | Shelley Giauque |
| Court Reporter: | Susan Baker |
| Interpreter: | n/a |

**Motion Hearing**:
Re: Motion for Summary Judgment [85];
Motion for Partial Summary Judgment [87]; and
Final Pretrial Hearing

Start Time:   10:40 AM
Court calls case.  Counsel enter appearances.

Mr. Halls provides argument and responds.
Ms. Rotkis provides argument and responds.
Court takes motion under advisement.

Court discusses pretrial items with counsel.
Defendant suggests that it will take 1 to 2 days to try. Plaintiff suggests 4 days.  Court estimates a 3 day trial.

- 2 -

Court will expect to try this case sometime after Easter. Counsel agree.
Court advises of trial procedures.
Court requests that counsel provide proposed jury instructions – to the degree they are agreed upon.
Court will have a charge conference at the conclusion of the trial. Other standard pretrial items discussed.

End time: 11:46 AM