UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HENRY LOSCH,

       Plaintiff,

                                           Case No.: 2:18-cv-00809-MRM

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendant.
_____/

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(c), Plaintiff Henry Losch ("Mr. Losch"), by and through undersigned counsel, hereby submits this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered on July 8, 2022. (Doc. 254).

                                           Respectfully,

                                           ***/s/ Susan M. Rotkis***
                                           Susan M. Rotkis
                                           VA Bar 40693
                                           AZ Bar, 032866 *admitted pro hac vice*
                                           Price Law Group, APC
                                           2290 East Speedway Boulevard
                                           Tucson, AZ 85719
                                           T: (818) 600-5506
                                           F: (818) 600-5406
                                           susan@pricelawgroup.com

                                           David A. Chami
                                           AZ #257585, *admitted pro hac vice*
                                           Price Law Group, APC
                                           8245 N. 85th Way
                                           Scottsdale, AZ 85258

1

T: (818) 600-5515
F: (818) 600-5415
david@pricelawgroup.com

David A. Chami
AZ #257585, *admitted pro hac vice*
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
michael@pricelawgroup.com

Michael Yancey III
AZ # 037187 *admitted pro hac vice*
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5537
F: (818) 600-5464
michael@pricelawgroup.com

Aaron M. Swift
FBN 0093088
Swift, Isringhaus & Dubbeld, P.A.
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
T: (727) 490-9919
F: (727) 255-5332
aswift@swift-law.com

*Counsel for Plaintiff*
*Henry Losch*

2